| Fill in this information to identify the case: | |
|---|---|
| Debtor name | **JB Group of LA, LLC dba ISG Infrastructure Group** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF LOUISIANA** |
| Case number (if known): | **25-10807** |

☐ Check if this is an

amended filing

## Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim — If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | **Total claim, if partially secured** | **Deduction for value of collateral or setoff** | **Unsecured claim** |
| **AFG** 17542 17th St., Ste. 200 Tustin, CA 92780 | | **2016 DW JT9 Drill Package** | | **$375,129.60** | **$0.00** | **$375,129.60** |
| **Associated Brigham Contractors** 75 North 900 West Brigham City, UT 84302 | | | | | | **$461,492.62** |
| **Business First Bank** 500 Laurel St. Baton Rouge, LA 70801 | | **90 days or less: Accounts Receivable** | | **$2,794,440.25** | **$0.00** | **$2,794,440.25** |
| **Cemex** 10100 Katy Fwy. # 300 Houston, TX 77043 | | | | | | **$1,002,311.63** |
| **Commercial Trade Source** 3924 Pendleton Way Indianapolis, IN 46226 | | | | | | **$829,020.41** |
| **Crawford Electric Supply** 7701 W. Little York Rd. # 899 Houston, TX 77040 | | | | | | **$779,490.82** |
| **First Horizon Bank** 3555 Perkins Rd. Baton Rouge, LA 70808 | | | | **$447,073.46** | **$0.00** | **$447,073.46** |
| **First Horizon Bank** 3555 Perkins Rd. Baton Rouge, LA 70808 | | | | | | **$447,073.46** |

9/12/25 12:05PM

| Debtor | **JB Group of LA, LLC dba ISG Infrastructure Group** | | Case number *(if known)* | **25-10807** |
| | Name | | | |

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
|---|---|---|---|---|---|---|
| **Foster Fuels Inc. 16720 Brookneal Hwy. Brookneal, VA 24528** | | | | | | **$608,320.46** |
| **G.A.P. Restoration Services 302 W. Main St., Ste. 104 Purcell, OK 73080** | | | | | | **$481,817.00** |
| **Integrated Machinery, Inc. 25550 West Highway 85 Buckeye, AZ 85326** | | | | | | **$386,069.16** |
| **Internal Revenue Service Ogden, UT 84201-0005** | | **ISG Delinquent 941 Taxes** | | | | **$644,071.00** |
| **Internal Revenue Service Ogden, UT 84201-0005** | | **Orion Bank Federal 941 Payroll Taxes** | | | | **$551,309.00** |
| **Lloyd G. Pratt & Margaret Strickhausen PO Box 25 Cotulla, TX 78014** | | | | | | **$1,023,157.79** |
| **Martin Marietta 4123 Parklake Ave. Raleigh, NC 27612** | | | | | | **$741,342.21** |
| **Mustang Rental Servics 8206 State Hwy. 21 Bryan, TX 77807** | | | | | | **$878,931.35** |
| **Orion Holdco, Inc. 20013 E. 75th Ct. N Owasso, OK 74055** | | | | | | **$532,846.00** |
| **PT Corporation 17019 S. Weber Dr. Cleveland, MS 38732** | | | | | | **$1,532,516.63** |
| **Seiden Law LLP 322 Eighth Ave., Ste. 1200 New York, NY 10001** | | | | | | **$675,500.12** |
| **Wholesale Electric P.O. Box 732778 Dallas, TX 75373-2778** | | | | | | **$1,613,066.04** |

# United States Bankruptcy Court
## Middle District of Louisiana

In re   **JB Group of LA, LLC dba ISG Infrastructure Group**   Case No.   **25-10807**

Debtor(s)   Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
| --- | --- | --- | --- |
| **FT ISG Investments, LLC**<br>**c/o Reg. Agent - Capital Administrations**<br>**1712 Pioneer Ave. # 115**<br>**Cheyenne, WY 82001** | **Class B** | | |
| **HG ISG Investment Vehicle, LLC**<br>**c/o Reg. Agent - Capitol Services Inc.**<br>**108 Lakeland Ave.**<br>**Dover, DE 19901** | **Class A and**<br>**Class C** | | |
| **Highground Holdings Management, LLC**<br>**C/o Reg. Agent - Capitol Services Inc.**<br>**108 Lakeland Ave.**<br>**Dover, DE 19901** | **Class C** | | |

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **Chief Executive Officer** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **September 12, 2025**   Signature   **/s/ Jason Yates**

**Jason Yates**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

# United States Bankruptcy Court
## Middle District of Louisiana

In re   **JB Group of LA, LLC dba ISG Infrastructure Group**

Debtor(s)

Case No.   **25-10807**

Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **JB Group of LA, LLC dba ISG Infrastructure Group**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**FT ISG Investments, LLC**
**c/o Reg. Agent - Capital Administrations**
**1712 Pioneer Ave. # 115**
**Cheyenne, WY 82001**

**HG ISG Investment Vehicle, LLC**
**c/o Reg. Agent - Capitol Services Inc.**
**108 Lakeland Ave.**
**Dover, DE 19901**

**Highground Holdings Management, LLC**
**C/o Reg. Agent - Capitol Services Inc.**
**108 Lakeland Ave.**
**Dover, DE 19901**

☐ None [*Check if applicable*]

**September 12, 2025**

Date

**/s/ Paul Douglas Stewart, Jr.**

**Paul Douglas Stewart, Jr.**

Signature of Attorney or Litigant
Counsel for   **JB Group of LA, LLC dba ISG Infrastructure Group**
**Stewart Robbins Brown & Altazan, LLC**

**301 Main Street, Suite 1640**
**Post Office Box 2348**
**Baton Rouge, LA 70821**
**(225) 231-9998 Fax:(225) 709-9467**