## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>JB Group of LA, LLC, d/b/a Infrastructure Solutions Group,<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10807 |

### *EX PARTE* MOTION TO FIX LAST DATE TO FILE PROOFS OF CLAIMS AND INTEREST

**NOW INTO COURT**, through undersigned counsel, comes JB Group of LA, LLC d/b/a Infrastructure Solutions Group (the "Debtor"), who moves this Court, *ex parte*, for an order fixing dates upon which all claims against the Estate must be filed, and for approval of the form of notice of such dates. In support thereof, the Debtor respectfully avers as follows:

1. On September 12, 2025 the Debtor commenced a voluntary case under Chapter 11 of Title 11, United States Code.

2. This court has jurisdiction over this Motion and the relief requested herein pursuant to 28 U.S.C. §§ 157 and 1334. Venue is proper in this Court pursuant to 28 U.S.C. §§ 1408 and 1409. This matter is a "core" proceeding within the meaning of 28 U.S.C. § 157(b).

3. Rule 3003(c)(3) provides that the Court "shall fix . . . the time within which proofs of claim or interest may be filed." Fed. R. Bank. P. 3003(c)(3). The Debtor requests that this Court fix a date, as the date by which all proofs of claim and interest by all entities (both governmental and non-governmental entities) must be filed or forever barred.

4. Rule 2002(a)(7) of the Federal Rules of Bankruptcy Procedure requires that this Court provide at least twenty-one (21) days' notice to creditors and parties in interest of the

---

[1] The Debtor's address is 3002 Ruby Ave., Gonzales, LA 70737. The last four digits of the Debtor's TIN are 5115.

deadline for filing proofs of claim. Fed. R. Bank. P. 2002(a)(7). The Debtor avers that this requirement has been or will be satisfied by fixing of the deadline as requested, as the dates requested provide well more than the required notice (from the date of the filing of this Motion) to file proofs of claim or interest.

**WHEREFORE**, the Debtor prays that this Court (i) fix **Friday, November 14, 2025**, as the date by which all proofs of claim and interest by all entities must be filed or forever barred; (ii) approve the method of notice requested herein; and (iii) grant such other relief deemed just and equitable.

Respectfully Submitted,

**STEWART ROBBINS BROWN & ALTAZAN, LLC**

By: /s/ Paul Douglas Stewart, Jr.
Paul Douglas Stewart, Jr. (La. #24661)
dstewart@stewartrobbins.com
William S. Robbins (La. #24627)
wrobbins@stewartrobbins.com
Brandon A. Brown (La. #25592)
bbrown@stewartrobbins.com
Brooke W. Altazan (La. #32796)
baltazan@stewartrobbins.com
Nicholas J. Smeltz (La. #38895)
nsmeltz@stewartrobbins.com
Abigail W. Mock (La. #41352)
amock@stewartrobbins.com
301 Main Street, Suite 1640
P. O. Box 2348
Baton Rouge, LA  70821-2348
(225) 231-9998 Telephone
(225) 709-9467 Fax

*Counsel for JB Group of LA, LLC d/b/a Infrastructure Solutions Group*

## <u>Exhibit A</u>
## Proposed Order Granting Motion to Fix Last Date to File Proofs of Claims and Interest

## UNITED STATES BANKRUPTCY COURT
## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| In re:<br><br>**JB Group of LA, LLC, d/b/a Infrastructure Solutions Group,**<br><br>Debtor.[1] | Chapter 11<br><br>Case No. 25-10807 |

### ORDER GRANTING *EX PARTE* MOTION TO FIX LAST DATE TO FILE PROOFS OF CLAIMS AND INTEREST

**CONSIDERING** the *Ex Parte Motion to Fix Last Date to File Proofs of Claims and Interest* (the "Motion") [P-___] filed by JB Group of LA, LLC, d/b/a Infrastructure Solutions Group (the "Debtor") and applicable law:

**IT IS ORDERED** that the Motion is hereby **GRANTED**.

**IT IS FURTHER ORDERED** that **Friday, November 14, 2025** is the date by which all proofs of claim and interest by all entities must be filed.

**IT IS FURTHER ORDERED** that the entry of this Order and service upon the required parties satisfies the notice requirements of Bankruptcy Rule 2002(a)(7) and that no further notice is required.

**IT IS FURTHER ORDERED** that the Debtor shall serve this Order on all parties in interest entitled to notice under, and in accordance with, the provisions of Bankruptcy Rule 2002 within three business days of entry of this Order in the docket of the above numbered case.

Dated:

Baton Rouge, Louisiana

_____
UNITED STATES BANKRUPTCY JUDGE

---

[1] The Debtor's address is 3002 Ruby Ave., Gonzales, LA 70737. The last four digits of the Debtor's TIN are 5115.