# Notice Recipients

District/Off: 053N–3    User: ao1492bnc    Date Created: 9/16/2025
Case: 25–10807    Form ID: 309F1    Total: 368

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | |
|---|---|---|
| db | JB Group of LA, LLC dba ISG Infrastructure Group    3002 Ruby Ave.    Gonzales, LA 70737 | |
| cr | b1BANK    Whitlow Law Firm, LLC    700 Main Street    Suite 301    Baton Rouge    Baton Rouge, LA 70802 | |
| aty | Abigail Wood Mock    Stewart Robbins Brown & Altazan, LLC    301 Main Street    Suite 1640    Baton Rouge, LA 70801 | |
| aty | Mark Alan Mintz    201 St. Charles Ave.    49th Floor    New Orleans, LA 70170 | |
| aty | Nicholas James Smeltz    Stewart Robbins Brown & Altazan, LLC    301 Main Street    Suite 1640    Baton Rouge, LA 70801 | |
| aty | Paul Douglas Stewart, Jr.    301 Main Street, Suite 1640    P.O. Box 2348    Baton Rouge, LA 70821–2348 | |
| aty | Sharon S Whitlow    Whitlow Law Firm    700 Main Street    Suite 301    Baton Rouge, LA 70802 | |
| aty | William S. Robbins    301 Main Street, Suite 1640    P.O. Box 2348    Baton Rouge, LA 70821–2348 | |
| 2170413 | 151 Aggregate LLC    5822 Co Rd. 234    Jarrell TX 76537 | |
| 2170414 | 24 Hour Safety    4912 Railroad St.    Deer Park TX 77536 | |
| 2170415 | 520 Cactus Movers LLC    6955 N. Taylor Ln.    Tucson AZ 85743 | |
| 2170416 | A–1 Sheet Metal & A/C, Inc.    2935 Milam    Beaumont TX 77701 | |
| 2170419 | AFG    17542 17th St., Ste. 200    Tustin CA 92780 | |
| 2170420 | AFG    17542 17th St., Ste. 200    Tustin CA 92780 | |
| 2170421 | AFG    17542 17th St., Ste. 200    Tustin CA 92780 | |
| 2170422 | AFG – ST Payable    17542 17th St., Ste. 200    Tustin CA 92780 | |
| 2170433 | APEX Technologies    200 Erb Industrial Dr.    Fenton MO 63026 | |
| 2170435 | ASP Enterprises, Inc.    5301 E 59th St.    Kansas City MO 64130 | |
| 2170417 | Abatix Corp.    2400 Skyline Dr., Ste. 400    Mesquite TX 75149 | |
| 2170771 | Abigail W. Mock    Stewart Robbins Brown & Altazan, LLC    PO Box 2348    Baton Rouge, LA 70821–2348 | |
| 2170418 | Advanced Machine Repair, LLC    55 S. Ethlyn Rd.    Moscow Mills MO 63362 | |
| 2170423 | Alexis Breedlove    Dunlap Fiore, LLC    6700 Jefferson Hwy., Bldg. # 2    Baton Rouge LA 70806 | |
| 2170424 | Alltech Field Services    1326 E. Dormand Ave.    Midland TX 79705 | |
| 2170425 | Ally Financial    500 Woodward Ave.    Detroit MI 48226 | |
| 2170426 | Ally Financial    500 Woodward Ave.    Detroit MI 48226 | |
| 2170427 | Ally Financial    500 Woodward Ave.    Detroit MI 48226 | |
| 2170428 | Ally Financial    500 Woodward Ave.    Detroit MI 48226 | |
| 2170429 | Ally Financial    500 Woodward Ave.    Detroit MI 48226 | |
| 2170430 | Alpha Zero Global Logistics    575 Maryville Centre Dr., Ste. 100    Saint Louis MO 63141 | |
| 2170431 | American Express    200 Vesey Street    New York NY 10285 | |
| 2170432 | American Express Card    PO Box 650448    Dallas TX 75265 | |
| 2170434 | Arizona Emergency Ice & Water    6895 E. Camelback Rd., Ste. 101    Scottsdale AZ 85251 | |
| 2170436 | Associated Brigham Contractors    75 North 900 West    Brigham City UT 84302 | |
| 2170410 | Attorney General of the USA    Department of Justice    10th & Constitution Ave., NW    Washington DC 20530 | |
| 2170437 | Austin Bank    PO Box 1537    Whitehouse TX 75791 | |
| 2170438 | B1 Bank    500 Laurel St.    Baton Rouge LA 70801 | |
| 2170439 | B1 Bank    500 Laurel St.    Baton Rouge LA 70801 | |
| 2170440 | B1 Bank    500 Laurel St.    Baton Rouge LA 70801 | |
| 2170441 | B1 Bank Credit Card    PO Box 306005    Nashville TN 37230 | |
| 2170442 | Baker Pile Driving & Site Work    159 Hwy. 22 East, Suite A    Madisonville LA 70447 | |
| 2170443 | Balthazar Electrics    3623 D. Hemecourt St.    New Orleans LA 70119 | |
| 2170444 | Barco Rent A Truck    717 South 5600 West    Salt Lake City UT 84104 | |
| 2170445 | Bayou Cajun Termite/Pest Control    4946 Main St.    Zachary LA 70791 | |
| 2170446 | Be Steel    49073 Hwy. 22    Saint Amant LA 70774 | |
| 2170447 | Bedrock Environmental Services    11 W Market St., # 404    Wilkes Barre PA 18701 | |
| 2170448 | Benecom Technologies Inc.    4140 Poche Court West    New Orleans LA 70129 | |
| 2170449 | Blue Street Capital LLC    17011 Beach Blvd., Ste. 710    Huntington Beach CA 92647 | |
| 2170450 | Bottom Line Equipment    401 Commercial Pkwy.    Broussard LA 70518 | |
| 2170451 | Bradley Industrial Construction    740 W 1st Ave.    Crossett AR 71635 | |
| 2170452 | Braun Intertec Corporation    11001 Hampshire Ave. S.    Minneapolis MN 55438 | |
| 2170453 | Brazos Valley Touch Up, LLC    641 Sun Valley Rd.    Hewitt TX 76643 | |
| 2170454 | Bron Contractors, Inc.    8631 Greenwell Springs Rd.    Baton Rouge LA 70814 | |
| 2170455 | Brossett Stor–All, LLC    4205 N. Bolton Ave.    Alexandria LA 71306 | |
| 2170456 | Bryan Technical Services, Inc.    911 N. Main St.    Taylor TX 76574 | |
| 2170457 | Bullseye Site Services    5049 Welcome Lane    College Station TX 77845 | |
| 2170458 | Business First Bank    500 Laurel St.    Baton Rouge LA 70801 | |
| 2170459 | C. Hill Services, LLC    2221 Hwy. 770 N.    Hull TX 77564 | |
| 2170460 | C.E.S. (Tampa South)    5201 South Lois Ave., Suite F    Tampa FL 33611 | |
| 2170474 | CNA    1 Galleria Blvd.    Metairie LA 70001 | |
| 2170475 | CNA Insurance    151 N. Franklin St.    Chicago IL 60606 | |
| 2170476 | CNA Surety    333 South Wabash Ave., 41–South    Chicago IL 60604 | |
| 2170484 | CRA International, Inc.    200 Clarendon St., 9th Floor    Boston MA 02116 | |
| 2170461 | Campbell Business Solutions, LLC    243 Shady Oaks Ct.    Baton Rouge LA 70810 | |

| | | | | |
|---|---|---|---|---|
| 2170462 | Cannon Excavation Co., LLC | 139 North Lincoln Dr. | Troy MO 63379 | |
| 2170463 | Castro Rolac, LLC | 95 Forest Ave. | Locust Valley NY 11560 | |
| 2170464 | Caterpillar Financial Services | 2120 West End Ave. | Nashville TN 37203 | |
| 2170466 | Caterpillar Financial Services | 2120 West End Ave. | Nashville TN 37203 | |
| 2170465 | Caterpillar Financial Services | PO Box 730681 | Dallas TX 75373–0681 | |
| 2170467 | Cemex | 10100 Katy Fwy. # 300 | Houston TX 77043 | |
| 2170468 | Central Texas Stone & Aggregate | 13111 Dessau Rd. | Austin TX 78754 | |
| 2170469 | Chloe Marie Chetta | Barasso Usdin Kupperman Freeman & Sarver | 909 Poydras St., Ste. 2350 | New Orleans LA 70112 |
| 2170470 | Cintas Corp. | 6800 Cintas Blvd. | Mason OH 45040 | |
| 2170471 | City of Gonzales | 120 South Irma Blvd. | Gonzales LA 70737 | |
| 2170472 | City of Oakland Park | 3650 N.E. 12th Ave. | Oakland Park FL 33334 | |
| 2170473 | Clean Harbors Environmental | 42 Longwater Dr. | Norwell MA 02061 | |
| 2170477 | Coface North America Insurance | 600 College Rd. East, Suite 1110 | Princeton NJ 08540 | |
| 2170478 | Commercial Trade Source | 3924 Pendleton Way | Indianapolis IN 46226 | |
| 2170479 | Concrete & Steel Erectors | c/o Teresa Cop | PO Box 815 | Zachary LA 70791 |
| 2170480 | Concrete On Demand | 3065 Hanson St. | Cheyenne WY 82001 | |
| 2170481 | Connor Harris Fields | Jones Walker LLP | 201 St. Charles Ave. | New Orleans LA 70170 |
| 2170482 | Core Machinery LLC | 4025 Paramount Pkwy. | Phoenix AZ 85034 | |
| 2170483 | Cox Automotive Mobility Fleet | 7717 Solutions Center | Chicago IL 60677 | |
| 2170485 | Craig Ball | 3251 Laurel St. | New Orleans LA 70115 | |
| 2170486 | Crane Works, Inc. | 1805 Crown Way | Orlando FL 32804 | |
| 2170487 | Crawford Electric Supply | 7701 W. Little York Rd. # 899 | Houston TX 77040 | |
| 2170488 | Creighton B. Abadie | City of Baton Rouge/Parish of EBR | 19553 Arcadian Shores | Baton Rouge LA 70809 |
| 2170489 | Cresent Electric | 104 California St. | Sterling CO 80751 | |
| 2170490 | Cubic Transporation Systems, Inc. | Attn: Officer | PO Box 85587 | San Diego CA 92186 |
| 2170491 | Cubit ITS, Inc. | 350 California St. | San Francisco CA 94104 | |
| 2170492 | Custom Security Systems | 690 Oak Villa Blvd. | Baton Rouge LA 70815 | |
| 2170493 | David Heroman | 18045 Old Trail | Prairieville LA 70769 | |
| 2170411 | David Kearns | Tax Division USDOJ | PO Box 14198 Ben Franklin Statio | Washington DC 20530 |
| 2170494 | De Lage Landen Financial Services, Inc. | 1111 Old Eagle School Rd. | Wayne PA 19087 | |
| 2170495 | De Lage Landen Financial Services, Inc. | 1111 Old Eagle School Rd. | Wayne PA 19087 | |
| 2170496 | De Lage Landen Financial Services, Inc. | 1111 Old Eagle School Rd. | Wayne PA 19087 | |
| 2170497 | De Lage Landen Financial Services, Inc. | 1111 Old Eagle School Rd. | Wayne PA 19087 | |
| 2170498 | De Lage Landen Financial Services, Inc. | 1111 Old Eagle School Rd. | Wayne PA 19087 | |
| 2170499 | Deep South Communications | 20331 Highland Rd. | Baton Rouge LA 70817 | |
| 2170500 | Discount Tire | 20225 N. Scottsdale Rd. | Scottsdale AZ 85255 | |
| 2170842 | District Counsel | Internal Revenue Service | P.O. Box 30509 | New Orleans LA 70190 |
| 2170501 | Drop Ice | 203 W. Main St. | Gila Bend AZ 85337 | |
| 2170502 | Duane Morris LLP | 30 South 17th Street | Philadelphia PA 19103 | |
| 2170503 | Dunlap Fiore, Inc. | 6700 Jefferson Hwy., Bldg. 2 | Baton Rouge LA 70806 | |
| 2170505 | ECCO Equipment Company, LLC | 1417 North Susan St. | Santa Ana CA 92703 | |
| 2170506 | EFT Diversified, Inc. | 1515 S. Salcedo St., # 215 | New Orleans LA 70125 | |
| 2170513 | EVCO Industrial Hardware Inc. | 606 N. Brazosport Blvd. | Freeport TX 77541 | |
| 2170504 | Eagle Traffic, Signs & Safety | 10800 Telephone Rd. | Houston TX 77075 | |
| 2170507 | Electric Power Systems | 15 Millpark Ct. | Maryland Heights MO 63043 | |
| 2170508 | Elliott Electric Supply | 2526 N. Stallings Dr. | Nacogdoches TX 75964 | |
| 2170509 | Entergy | P. O. Box 8103 | Baton Rouge LA 70891–8103 | |
| 2170510 | Entergy | c/o Jon Majewski | 4809 Jefferson Hwy. | New Orleans LA 70121 |
| 2170511 | Enterprise | 600 Corporate Park Dr. | Saint Louis MO 63105 | |
| 2170512 | Erin Gourney Fonacier | Dunlap Fiore, LLC | 6700 Jefferson Hwy., Bldg # 2 | Baton Rouge LA 70806 |
| 2170514 | Evergreen Working Capital, LLC | c/o Cameron Murray | 451 Laurel St., 8th Floor | Baton Rouge LA 70801 |
| 2170515 | Extreme Aerial Productions | 8924 Pinnacle Peak Rd. | Scottsdale AZ 85255 | |
| 2170516 | Fabick Cat | 1 Fabick Dr. | Fenton MO 63026 | |
| 2170517 | Farmers Elevator & Supply Co. | 511 S. Center | Clinton MO 64735 | |
| 2170518 | Fastenal | 18596 County Rd. 24 | Sterling CO 80751 | |
| 2170519 | Federal Signal | 2645 Federal Signal Dr. | University Park IL 60484 | |
| 2170520 | Fence Defender LLC | 6700 Jefferson Hwy. | Lubbock TX 79408 | |
| 2170521 | First Financial Equipment Leasing | 750 The City Drive South, Ste. 300 | Orange CA 92868 | |
| 2170522 | First Financial Holdings, LLC | 520 Gervais St. | Columbia SC 29201 | |
| 2170523 | First Financial Holdings, LLC | 520 Gervais St. | Columbia SC 29201 | |
| 2170524 | First Financial Holdings, LLC | 520 Gervais St. | Columbia SC 29201 | |
| 2170525 | First Financial Holdings, LLC | 520 Gervais St. | Columbia SC 29201 | |
| 2170526 | First Horizon Bank | 3555 Perkins Rd. | Baton Rouge LA 70808 | |
| 2170527 | First Horizon Bank | 3555 Perkins Rd. | Baton Rouge LA 70808 | |
| 2170528 | Ford Motor Credit | 1351 Earl Rudder Fwy S | College Station TX 77845 | |
| 2170529 | Ford Motor Credit | 1351 Earl Rudder Fwy S | College Station TX 77845 | |
| 2170530 | Ford Motor Credit | 1351 Earl Rudder Fwy S | College Station TX 77845 | |
| 2170531 | Ford Motor Credit | 1351 Earl Rudder Fwy S | College Station TX 77845 | |
| 2170532 | Foster Fuels Inc. | 16720 Brookneal Hwy. | Brookneal VA 24528 | |
| 2170533 | Fred Walton | 13030 Bayou Terrace | Saint Amant LA 70774 | |
| 2170534 | Function 4, LLC | 13025 Stiles Ln., Suite 100 | Sugar Land TX 77478 | |
| 2170535 | G.A.P. Restoration Services | 302 W. Main St., Ste. 104 | Purcell OK 73080 | |
| 2170549 | GM Financial | 801 Cherry St., Ste. 3500 | Fort Worth TX 76105 | |

| | | | |
|---|---|---|---|
| 2170541 | GM Financial | 801 Cherry St., Ste. 3600 | Fort Worth TX 76105 |
| 2170542 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170543 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170544 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170545 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170546 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170547 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170548 | GM Financial | PO Box 1510 | Cockeysville MD 21030 |
| 2170536 | Gentry Beach | 5911 Brixworth Dr. | Tyler TX 75703 |
| 2170537 | Gentry Beach | 5911 Brixworth Dr. | Tyler TX 75703 |
| 2170538 | Gentry Beach | 5911 Brixworth Dr. | Tyler TX 75703 |
| 2170539 | Gentry Beach | 5911 Brixworth Dr. | Tyler TX 75703 |
| 2170540 | Global Rental Co., Inc. | 33 Inverness Center Pkwy., Ste. 250 | Birmingham AL 35242 |
| 2170550 | Gulf Coast Office Products | 10424 Plaza Americana Dr. | Baton Rouge LA 70816 |
| 2170551 | H & E Equipment Service, Inc. | 1645 1st Ave. | Greeley CO 80631 |
| 2170558 | HG ISG Investment Vehicle, LL | 3811 Turtle Creek Blvd., Ste. 1275 | Dallas TX 75219 |
| 2170559 | HG ISG Investment Vehicle, LL | 3811 Turtle Creek Blvd., Ste. 1275 | Dallas TX 75219 |
| 2170560 | HG ISG Investment Vehicle, LL | 3811 Turtle Creek Blvd., Ste. 1275 | Dallas TX 75219 |
| 2170561 | HG ISG Investment Vehicle, LL | 3811 Turtle Creek Blvd., Ste. 1275 | Dallas TX 75219 |
| 2170552 | Hackmann Lumber | 390 East Wood St. | Troy MO 63379 |
| 2170553 | Hanes Geo Components | 500 N. McLin Creek Rd. | Conover NC 28613 |
| 2170554 | Hayes Legacy, LLC | 1935 Highpoint Place | Haughton LA 71037 |
| 2170556 | Heidelberg Materials | 15620 Collections Center Dr. | Chicago IL 60693 |
| 2170555 | Heidelberg Materials | 300 E. John Carpenter Freeway | Irving TX 75062 |
| 2170557 | Herc Rentals | 27500 Riverview Center Blvd. | Bonita Springs FL 34134 |
| 2170562 | Honey Bucket | 10412 John Bananola Way E | Puyallup WA 98374 |
| 2170563 | Hose & Rubber Supply | 230 North Draper Lane | Provo UT 84601 |
| 2170564 | Houston Heavy Machinery, LLC | 14430 Grant Rd. | Cypress TX 77429 |
| 2170565 | Hub International | 8550 United Plaza Blvd., Ste. 500 | Baton Rouge LA 70809 |
| 2170566 | Hunter Ryan Bertrand | Dunlap Fiore, LLC   6700 Jefferson Hwy., Bldg # 2 | Baton Rouge LA 70806 |
| 2170567 | IE Smart Systems | 23219 West Hardy Road | Spring TX 77373 |
| 2170568 | IMSCO | 36504 Hwy. 30 | Geismar LA 70734 |
| 2170569 | Instrument Piping Technologies (IPT) | 6315 Fieldstone Dr. | Baton Rouge LA 70809 |
| 2170570 | Integrated Machinery, Inc. | 25550 West Highway 85 | Buckeye AZ 85326 |
| 2170571 | Intelligent Transportation Services | 3205 South Access Rd. | Englewood FL 34224 |
| 2170843 | Internal Revenue Service | Centralized Insolvency Operations   P.O. Box 7346 | Philadelphia PA 19101–7346 |
| 2170572 | Internal Revenue Service | Ogden UT 84201–0005 | |
| 2170573 | Internal Revenue Service | Ogden UT 84201–0005 | |
| 2170412 | Internal Revenue Service* | Box 7346 | Philadelphia PA 19101–7346 |
| 2170592 | JCL Energy | 54 S Shapsville Ave. | Sharon PA 16146 |
| 2170593 | JEA | 21 West Church St. | FL 32150 |
| 2170597 | JM Test Systems, LLC | 7323 Tom Dr. | Baton Rouge LA 70806 |
| 2170598 | JMC Equipment, LLC | 21482 W Wallis | Porter TX 77365 |
| 2170604 | JS Cole Company | 320 Deer Island Lane | Novato CA 94945 |
| 2170574 | Jacob Jude Pritt | Jones Walker, LLP   201 St. Charles Ave., Suite 5100 | New Orleans LA 70170 |
| 2170575 | Jason Arthur Culotta | Jones Walker, LLP   201 St. Charles Ave., Suite 5100 | New Orleans LA 70170 |
| 2170576 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170577 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170578 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170579 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170580 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170581 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170582 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170583 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170584 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170585 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170586 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170587 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170588 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170589 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170590 | Jason Yates | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 |
| 2170591 | Jasper Thompson Lightning Protection | 2567 Ham Brown Rd. | Kissimmee FL 34746 |
| 2170594 | Jeffrey Machine Inc. | 3841 Industrial Dr. | Birmingham AL 35217 |
| 2170595 | Jennifer Ann Fiore | Dunlap Fiore, LLC   6700 Jefferson Hwy., Bldg. # 2 | Baton Rouge LA 70806 |
| 2170596 | Jeremy Starnes | 14818 Terrell Rd. | Baton Rouge LA 70816 |
| 2170599 | John Deere Financial | 6400 NW 86th St. | Johnston IA 50131 |
| 2170600 | Johnson & Johnson Preferred Financing | PO Box 260009 | Greensboro NC 27420 |
| 2170601 | Jonathon Branton | Gold Weems Bruser Sues & Rundell   2001 MacArthur Dr. | Alexandria LA 71307 |
| 2170603 | Jones Contractors | 15620 Collections Center Dr. | Henderson TN 38340 |
| 2170602 | Jones Contractors | 2785 Old Jackson Rd. | Henderson TN 38340 |
| 2170605 | Kenny Rouse | 36037 Houmas House Ave. | Denham Springs LA 70726 |
| 2170606 | Kenny Rouse | 36037 Houmas House Ave. | Denham Springs LA 70726 |

| | | | | |
|---|---|---|---|---|
| 2170607 | Kroll Associates, Inc. | One World Trade Center | 285 Fulton St., 31st Floor | New York NY 10007 |
| 2170608 | Kyle M. Keegan | Keegan Juban Lowe & Robichaux | 5555 Hilton Ave., Suite 205 | Baton Rouge LA 70808 |
| 2170609 | LA Consulting, LLC | 2220 Tiger Crossing Dr. | Baton Rouge LA 70810 | |
| 2170844 | LA Department of Revenue | P.O. Box 66658 | Baton Rouge LA 70896 | |
| 2170615 | LRG Wireless | 701 S. Martin Luther King Hwy. | Lake Charles LA 70601 | |
| 2170616 | LSR Equipment Enterprise, LLC | 100 Ridgmar Dr. | Weatherford TX 76088 | |
| 2170610 | Lawn Service & Garden Improvement | 12403 Maricopa Ln | Houston TX 77015 | |
| 2170611 | Lewis–Bade, Inc. | 101 E. Walton St. | Warrenton MO 63383 | |
| 2170612 | Limeco, Inc. | 8721 Industrial Dr. | Pearland TX 77584 | |
| 2170613 | Lloyd G. Pratt & Margaret Strickhausen | PO Box 25 | Cotulla TX 78014 | |
| 2170614 | Lorcan L. Connick | Barrasso Usdin Kupperman Freeman & Sarve | 909 Poydras St., Ste. 2350 | New Orleans LA 70112 |
| 2170408 | Louisiana Dept of Revenue | Bankruptcy Section | Box 66658 | Baton Rouge LA 70896 |
| 2170617 | Lynx Logistics Services LLC | 16610 W Basin St. | Odessa TX 79763 | |
| 2170618 | M&S Equipment, Inc. | 26295 W MC85 | Buckeye AZ 85326 | |
| 2170619 | M.R. Tudor Inc. | 1425 W Foothill Blvd., Ste. 130 | Upland CA 91786 | |
| 2170627 | MMR Constructors, Inc. | Attn: Rodi F. Rispone | 15961 Airline Hwy. | Baton Rouge LA 70817 |
| 2170772 | MMR Constructors, Inc. | Attn: Mark A. Mintz | Jones Walker LLP | 201 St. Charles Avenue, Suite 5100    New Orleans, Louisiana 70170–5100 |
| 2170620 | Martin Marietta | 4123 Parklake Ave. | Raleigh NC 27612 | |
| 2170621 | Maughan Law Firm | 634 Connell's Park Lane | Baton Rouge LA 70806 | |
| 2170622 | Merchants Fleet | 14 Central Park Dr., 1st Floor | Hooksett NH 03106 | |
| 2170623 | Michael Andrew Foley | Jones Walker LLP | 201 St. Charles Ave., 47th Floor | New Orleans LA 70170 |
| 2170624 | Michael Todd Stolper | Seiden Law LLP | 322 Eighth Ave., Ste. 1200 | New York NY 10001 |
| 2170625 | Michael William Magner | Jones Walker LLP | 201 St. Charles Ave., 50th Floor | New Orleans LA 70170 |
| 2170626 | Midwestern Safety Equipment | 3130 Lumina Parkway | Saint Charles MO 63301 | |
| 2170628 | Mobile Mini | 4546 E Van Burent St. | Phoenix AZ 85008 | |
| 2170629 | Motion Machinery | 390 East Wood St. | Tomball TX 77375 | |
| 2170630 | Multicom, Inc. | 1076 Florida Central Pkwy. | Longwood FL 32750 | |
| 2170631 | Mustang Rental Servics | 8206 State Hwy. 21 | Bryan TX 77807 | |
| 2170632 | N.E. Bridge Contractors, Inc. | 2 Lopes Dr. | Norton MA 02766 | |
| 2170635 | NMC, LLC | 8068 Main St. | Dugger IN 47848 | |
| 2170633 | Netceed | 1076 FLorida Central Pkwy. | Longwood FL 32750 | |
| 2170770 | Nicholas J. Smeltz | Stewart Robbins Brown & Altazan, LLC | PO Box 2348 | Baton Rouge, LA 70821–2348 |
| 2170634 | Nickle Rock LLC | 2206 Old Ranch Rd. 12, Ste. D | San Marcos TX 78666 | |
| 2170636 | North America Seeding Service | 200 Erb Industrial Dr. | Hawk Point MO 63349 | |
| 2170637 | NuLine | 208 Gunther Lane | Belle Chasse LA 70037 | |
| 2170638 | Oakland Land & Development LLC | 280 Highland Rd. | Natchez MS 39120 | |
| 2170409 | Office of District Counsel | Box 30509 | New Orleans LA 70190 | |
| 2170407 | Office of US Attorney | Middle District of Louisiana | 777 Florida St Ste 208 | Baton Rouge LA 70801 |
| 2170845 | Office of the U.S. Attorney | Middle District of Louisiana | 451 Florida Street Suite 300 | Baton Rouge LA 70801 |
| 2170846 | Office of the U.S. Trustee | 600 Maestri Place | Suite 840–T | New Orleans LA 70130 |
| 2170639 | Orion Holdco, Inc. | 20013 E. 75th Ct. N | Owasso OK 74055 | |
| 2170640 | Orion Industrial Services, LLC | 418046 E 1070 Rd. | Checotah OK 74426 | |
| 2170641 | P.J. Kee | Jones Walker LLP | 201 St. Charles Ave. | New Orleans LA 70170 |
| 2170647 | PT Corporation | 17019 S. Weber Dr. | Cleveland MS 38732 | |
| 2170642 | PacWest Rentals | 30330 W. Latham St. | Gilbert AZ 85233 | |
| 2170643 | Paramount Wastewater Solutions | 4025 Paramount Pkwy. | Temple TX 76502 | |
| 2170644 | Peter Grabowski | Seiden Lap LLP | 322 8th Avenue, Ste. 1200 | New York NY 10001 |
| 2170645 | Pharos Marine Automatic Power | 198 Technology Lane | Gray LA 70359 | |
| 2170646 | Price Supply Inc. | 109 Cason Rd. | Broussard LA 70518 | |
| 2170648 | RAM Tool & Supply | 4500 5th Ave. South | Bldg. A | Birmingham AL 35222 |
| 2170651 | RDO Equipment Cp. | 3065 Hanson St. | Fargo ND 58106 | |
| 2170652 | RED Group | 3850 N. Causeway Blvd., Ste. 1255 | Metairie LA 70002 | |
| 2170655 | REV Business | 923 S. Burnside Ave. | Gonzales LA 70737 | |
| 2170678 | RRC Energy Services LLC | 20308 Frankie Lane | Pflugerville TX 78660 | |
| 2170649 | Ramp Credit Card | 28 West 23rd St., Floor 2 | New York NY 10010 | |
| 2170650 | Randy Cochenour | 20013 E. 75th CT. N. | Owasso OK 74055 | |
| 2170653 | Red Stick Power | 1716 Physicians Park Ave. | Baton Rouge LA 70816 | |
| 2170654 | Reeder Distributors, Inc. | 5450 Wilbarger St. | Fort Worth TX 76119 | |
| 2170656 | Rexel USA, Inc. dba Gexpro | 14951 Dallas Pkwy. | Dallas TX 75254 | |
| 2170657 | Ring Power Corporation | 500 World Commerce Parkway | Saint Augustine FL 32092 | |
| 2170658 | Robertson's Heating, A/C & EL | 24700 Frederick Dr. | Plaquemine LA 70764 | |
| 2170659 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170660 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170661 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170662 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170663 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170664 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170665 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |
| 2170666 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 | |

| | | | |
|---|---|---|---|
| 2170667 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170668 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170669 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170670 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170671 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170672 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170673 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170674 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170675 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170676 | Ronald Shawn Breeland | 37479 Hwy. 16 | Denham Springs LA 70726 |
| 2170677 | Rose Paving LLC | 600 N. Villar Park Rd. | Villa Park IL 60181 |
| 2170679 | Rubbl, LLC | 444 S. Cedros # 190 | Solana Beach CA 92075 |
| 2170680 | Russell Chadock Thornton | Barrasso Usdin Kupperman Freeman & Sarve | 909 Poydras St., Ste. 2350   New Orleans LA 70112 |
| 2170687 | SITECH Southeast Texas, LLC | 5410 Burr Oak Dr | Houston TX 77092 |
| 2170691 | SPX Aids to Navigation | 332 Nichol Mill Lane | Franklin TN 37067 |
| 2170681 | Safety Contractors, Inc. | 5307 Wacissa Ave. | Jacksonville FL 32254 |
| 2170682 | Satellite Shelters Inc. | 2530 Xenium Ln N, Suite 150 | Minneapolis MN 55441 |
| 2170683 | Sciens Orlando LLC | 555 S. Lake Destiny Dr. | Orlando FL 32810 |
| 2170684 | Seiden Law LLP | 322 Eighth Ave., Ste. 1200 | New York NY 10001 |
| 2170685 | Service & Supply Corp. | 1196 Highway E | Bellflower MO 63333 |
| 2170959 | Sharon Starkey Whitlow | Whitlow Law Firm, LLC | 700 Main Street, Suite 301   Baton Rouge, LA 70802 |
| 2170686 | Silent Highways ISA | 30330 W. Latham St. | Buckeye AZ 85396 |
| 2170688 | South Houstonn Concrete Pipe | 828 Old Genoa Red Bluff Rd. | Houston TX 77034 |
| 2170689 | Southern Tire & Fleet Service | 5919–4 Commonwealth Ave. | Jacksonville FL 32254 |
| 2170690 | Spectrum Camera Solutions LLC | 8935 Almeda–Genoa Rd., Bldg. B | Houston TX 77075 |
| 2170692 | Stateline Partners LLC | 13347 N Plantation Ridge Ct. | Baton Rouge LA 70810 |
| 2170693 | Stateline Partners, LLC | c/o Namisha D. Patel   634 Connell's Park Lane | Baton Rouge LA 70806 |
| 2170694 | Stotz Equipment | 331 W. Rex Allen Dr. | Willcox AZ 85643 |
| 2170695 | Stuart C. Irby Co. | 7984 S. Commerce Ave. | Baton Rouge LA 70815 |
| 2170696 | Summer Anderson | c/o Namisha D. Patel   634 Connell's Park Lane | Baton Rouge LA 70806 |
| 2170697 | Summit Electric Supply | 2900 Stanford NE | Albuquerque NM 87107 |
| 2170698 | Sunbelt Tractor & Equipment Co. | 18555 Highway 6 South | College Station TX 77845 |
| 2170699 | Sunshine Bus Sales, Inc. | 3005 LA Hwy. 1 | Donaldsonville LA 70346 |
| 2170700 | Sunshine Under Bridge Equipment | 17636 SE 19th Court | Summerfield FL 34491 |
| 2170701 | Superior Steel, LLC | 100 Hatchell Lane | Denham Springs LA 70726 |
| 2170702 | Superior Traffic Control LLC | 2950 St. Anthony Ave. | New Orleans LA 70122 |
| 2170703 | Surety 2000 | 1001 E. 101st Terrace, Ste. 230 | Kansas City MO 64131 |
| 2170704 | Surety Bond Brokers | 6709 Perkins Rd. | Baton Rouge LA 70808 |
| 2170705 | TDF Fleet | 23227 TX–249 | Tomball TX 77375 |
| 2170730 | TRRG, LLC | 9824 Hawthorne Ave. | Harahan LA 70123 |
| 2170731 | TRSRentelco | 1830 West Airfield Dr. | Dallas TX 75261 |
| 2170706 | Temple Inc. | 305 Bank St. NE | Decatur AL 35602 |
| 2170707 | Teresa Cop | Kaster & Cop   1215 Independence Blvd., Bldg 4, Ste. B | Zachary LA 70791 |
| 2170708 | Terex Corporation | 45 Glover Ave., 4th Floor | Norwalk CT 06850 |
| 2170709 | Tex Mex Fence Supply Inc. | 1101 Ross St. | Amarillo TX 79102 |
| 2170710 | Texas Materials Group, Inc. | 1320 Arrow Point Dr. | Cedar Park TX 78613 |
| 2170711 | The Erosion Company, LLC | 20308 Frankie Lane | Woodstock GA 30188 |
| 2170712 | The Renewables Resource Group | 9824 Hawthorne Ave. | New Orleans LA 70123 |
| 2170713 | The Reynolds Company | c/o Comerica Bank   36440 Woodward Ave. | Bloomfield Hills MI 48304 |
| 2170714 | Thomas Mott | Seiden Law LLP   322 8th Avenue, Ste. 1200 | New York NY 10001 |
| 2170715 | Thomas P. Hubert | Jones Walker LLP   201 St. Charles Ave., 50th Floor | New Orleans LA 70170 |
| 2170716 | Tool Shed Inc. | 1856 Wooddale Ct. | Baton Rouge LA 70806 |
| 2170717 | Topcon Solutions Inc. | 193 North Lincoln Dr. | Carol Stream IL 60188 |
| 2170718 | Torres Reporting & Associates | 6700 Jefferson Hwy. | Baton Rouge LA 70809 |
| 2170719 | Total Lime | 13613 S Wayside Dr. | Houston TX 77048 |
| 2170720 | Total Safety Supplies | 4663 West Airline Dr. | Garyville LA 70051 |
| 2170721 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170722 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170723 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170724 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170725 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170726 | Travis Dardenne | 59005 Island Dr. | Plaquemine LA 70764 |
| 2170727 | TraxPlus LLC | 9800 Hwy. 503 | Hickory MS 39332 |
| 2170728 | Trillium | 5555 Gull Rd. | Kalamazoo MI 49048 |
| 2170729 | Triple B Mobile Maintenance | 445 N. Cedar Ridge | Robinson TX 76706 |
| 2170732 | UC Contracting LLC | 17413 New Cross Circle | Lithia FL 33547 |
| 2170733 | ULINE | 12575 Uline Dr. | Pleasant Prairie WI 53158 |
| 2170734 | Underground Supply Solutions | 11589 Investor Dr. | Baton Rouge LA 70816 |
| 2170735 | United Rentals (NA), Inc. | 100 First Stamford Place, Ste. 700 | Stamford CT 06902 |
| 2170406 | United States Trustee | 400 Poydras Street   Suite 2110 | New Orleans LA 70130 |
| 2170736 | Unlimited Technology | 180 Gordon Dr., Ste. 107 | Exton PA 19341 |
| 2170737 | Van Zandt Controls LLC | 13409 W. County Rd. 132 | Odessa TX 79766–5000 |
| 2170738 | Velocity Capital | 333 Pearsail Ave., Ste. 105 | Cedarhurst NY 11516 |

| | | | | |
|---|---|---|---|---|
| 2170739 | Veriforce | 1575 Sawdust Rd., Ste. 600 | Spring TX 77380 | |
| 2170740 | Vermeer Mountain West | 17019 S. Weber Dr. | Chandler AZ 85226 | |
| 2170741 | Vermeer Southeast | 428 Ocoee Apopka Rd. | Ocoee FL 34761 | |
| 2170742 | Waste Masters of Texas LLC | 20939 Hwy. 6 | Manvel TX 77578 | |
| 2170743 | Wells Fargo | PO Box 3072 | Cedar Rapids IA 52406 | |
| 2170744 | Wesco Distribution | 225 W Station Square Dr. | Pittsburgh PA 15219 | |
| 2170745 | Western Aggregates, LLC | 4315 Pleasant View Rd. | Middleton WI 53562 | |
| 2170746 | Wex Credit Card | 1 Hancock St. | Portland ME 04101 | |
| 2170748 | Wholesale Electric | 803 S. Robinson Rd. | Texarkana TX 75501 | |
| 2170747 | Wholesale Electric | P.O. Box 732778 | Dallas TX 75373–2778 | |
| 2170749 | Wholesale Electric Supply | P.O. Box 1258 | Texarkana TX 75504 | |
| 2170769 | William S. Robbins | Stewart Robbins Brown & Altazan, LLC | PO Box 2348 | Baton Rouge, LA 70821–2348 |
| 2170750 | Willscot | 4646 E Van Buren St. Suite 400 | Phoenix AZ 85008 | |
| 2170751 | Willscot | Williams Scotsman, Inc. | PO Box 91975 | Chicago IL 60693 |
| 2170752 | Winstead | 2725 N. Harwood St., Ste. 500 | Dallas TX 75201 | |
| 2170753 | World Electric Supply | 569 Stuart Lane | FL 32254 | |
| 2170754 | WorldWide Machinery | 8606 Broadway SE | Albuquerque NM 87105 | |
| 2170755 | Xintong Zhang | Seiden Law LLP | 322 Eighth Ave., Ste. 1200 | New York NY 10001 |

TOTAL: 368