UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| IN RE<br><br>JB GROUP OF LOUISIANA LLC<br> (D/B/A/ INFRASTRUCTURE SOLUTIONS GROUP)<br><br>    Debtor | CHAPTER 11<br><br>CASE NO. 25-10807 |

**EX PARTE MOTION FOR ADMISSION OF COUNSEL TO APPEAR PRO HAC VICE**

NOW INTO COURT comes David S. Rubin, a member in good standing of the bar of this Court and of the bar of the State of Louisiana, and moves this Court for permission to allow Barry Raphael Kleiner ("Applicant") to appear *pro hac vice* as a visiting attorney as counsel for Highground Holdings LLC and its affiliates including HG ISG Investment Vehicle, LLC, and ISG Capital Group, LLC (collectively, "Highground") and in support of the motion respectfully submits the following:

1. Applicant is an attorney with the firm Kleinberg, Kaplan, Wolff & Cohen, P.C., 550 Fifth Avenue, New York, NY 10110.

2. Applicant is admitted to the practice of law, practicing, and in good standing in the State of New York as evidenced by the attached certificate of good standing.

3. Applicant affirms that there have been no disciplinary proceedings or criminal charges instituted against Applicant.

4. I believe the Applicant is qualified to practice before this Court, is of good and moral character, and is not subject to any pending disbarment or professional discipline procedure in any other court.

1

WHEREFORE, Highland respectfully requests that Applicant be permitted to appear pro hac vice before this Court in the above-captioned case and to act as counsel for said entities.

        Respectfully submitted,

        **BUTLER SNOW LLP**

        By: /s/David S. Rubin
        David S. Rubin (La. 11525)
        david.rubin@butlersnow.com
        James R. Austin (La. 02612)
        jim.austin@butlersnow.com
        445 N. Blvd. Suite 300
        Baton Rouge, Louisiana 70802
        Tel: (225) 325-8700 | Fax: (225) 325-8800

94067172.v1